AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ Florida

NELSON TORRES, ON BEHALF OF
HIMSELF AND SIMILARLY SITUATED EMPLOYEES,

    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 00-6118-CIV- moore / o'sullivan

RODMAR GROCERS, INC. A FLORIDA
CORPORATION, AND JORGE RIOS, INDIVIDUALLY,

    Defendants.

TO: (Name and address of defendant)

    JORGE RIOS
    1510 S. Federal Highway
    Hollywood, FL 33020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    George A. Lane, Esq.
    George A. Lane, P.A.
    One East Broward Blvd., Suite 1501
    Fort Lauderdale, FL 33301
    Tel: 954/ 522-0052    Fax: 954/523-1614

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE MAY 1 1 2000

MAY 1 5 2000

Rec'd in MIA Dkt _____