AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Florida

NELSON TORRES, ON BEHALF OF
HIMSELF AND SIMILARLY SITUATED EMPLOYEES,

Plaintiffs,

V.

RODMAR GROCERS, INC. A FLORIDA
CORPORATION, AND JORGE RIOS, INDIVIDUALLY,

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6118-CIV-MOORE/
O'SULLIVAN

TO: (Name and address of defendant)

JORGE RIOS, Registered Agent
For RODMAR GROCERS, INC.
1510 S. Federal Highway
Hollywood, FL 33020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George A. Lane, Esq.
George A. Lane, P.A.
One East Broward Blvd., Suite 1501
Fort Lauderdale, FL 33301
Tel: 954/ 522-0052   Fax: 954/523-1614

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

MAY 1 1 2000

CLERK

DATE

(BY) DEPUTY CLERK

MAY 1 5 2000

Rec'd in MIA Dkt