UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-MOORE

NELSON TORRES, on behalf of himself    )
and similarly situated employees,    )
                                     )
                 Plaintiffs,    )
v.                                   )
                                     )
RODMAR GROCERS, INC., a Florida    )
corporation, and JORGE RIOS, individually )
                                     )
                 Defendants.    )
_____)

## AGREED MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, RODMAR GROCERS, INC. and JORGE RIOS, by and through their

undersigned counsel, file their Agreed Motion for Enlargement of Time to Respond to Plaintiff's

Complaint, and state as follows:

1.    Plaintiff filed his Complaint on or about May 11, 2000, alleging violations

of the Fair Labor Standards Act of 1938, *as amended*, 29 U.S.C. §201 *et. seq*.  On May 19, 2000,

Defendants were served with the Complaint.   According to Defendants' calculations, their response

to Plaintiff's Complaint should have been filed no later than June 8, 2000.

2.    Defendants recently retained the undersigned office, which has begun

communications with Plaintiff's counsel in an attempt to ascertain Plaintiff's position in this matter.

3.    Due to the undersigned counsel's heavy caseload, deadlines, and other

matters, the undersigned has been unable to fully confer with Defendants in order to formulate an

appropriate response to Plaintiff's Complaint.



4.      Accordingly, Defendants respectfully request an enlargement of time of five (5) days, through and including June 15, 2000, within which to file their response to Plaintiff's Complaint.

5.      The undersigned certifies that it has in good faith conferred with Plaintiff's counsel in an effort to secure an agreement regarding this enlargement, and that Plaintiff has agreed to the same.

6.      The undersigned additionally certifies that this motion is not made to delay these proceedings and that it is in the interest of justice to grant Defendants' Motion for Enlargement of Time herein.

DATED this _9TH_ day of June 2000.

Respectfully submitted,

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
First Union Financial Center, Suite 2600
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
E-mail address: deblasip@jacksonlewis.com
E-mail address: hernandm@jacksonlewis.com

By: _____
Patrick G. DeBlasio, III, Esq.
Florida Bar No. 871737

Michael M. Hernandez
Florida Bar No. 2267

Attorneys for Defendants

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via U.S. mail to GEORGE A. LANE, ESQ., George A. Lane, P.A., One East Broward Boulevard, Suite 1501, Ft. Lauderdale, Florida 33301, on this _9TH_ day of June 2000.

Michael M. Hernandez

H:\R\RODMAR GROCERS, INC\Torres\Pleadings\Mt. Extension Time.wpd