AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

00-6118-CV-KMM

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/19/2000 |
| NAME OF SERVER (PRINT) Hector A. Castro | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: 1510 S. Federald Hwy Hollywood FL 33020

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/2000
Date
Tm: 3:16 pm

Signature of Server

HECTOR CASTRO
S.P.S. #287

KEVIN J O'CONNOR
P.O. BOX 741062
BOYNTON BEACH, FL 33474

FILED BY ____ TAPE
00 JUN 12 AM 10: 17
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA
MADDOX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure