# RETURN OF SERVICE

00 - 6118 -CU-KMM

| Service of the Summons and Complaint was made by me [1] | DATE 5/19/2000 |
|---|---|
| NAME OF SERVER (PRINT) Hector A. Castro | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☑ Other (specify): Jorge Rios as Registered Agent for Rodmar Grocers INC.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/19/2000___    
Date    
Tm: 3:16 pm

Signature of Server

HECTOR CASTRO
S.P.S. #287

Address

KEVIN J O'CONNOR
P.O. BOX 741062
BOYNTON BEACH, FL 33474

00 JUN 12 AM 10: 17