UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-MOORE

NELSON TORRES, on behalf of himself )
and similarly situated employees, )
)
    Plaintiffs, )
v. )
)
RODMAR GROCERS, INC., a Florida )
corporation, and JORGE RIOS, individually )
)
    Defendants. )
_____)

FILED by ___ D.C.
JUN 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING DEFENDANTS'
AGREED MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

**THIS CAUSE**, having come before the Court on Defendants' Agreed Motion for Enlargement of Time to File Response to Plaintiff's Complaint, and the Court having been fully advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that Defendants' Agreed Motion for Enlargement of Time is hereby **GRANTED**, nunc pro tunc. Defendants shall file their response to Plaintiff's Complaint on or before June 15, 2000.

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, this 12th day of June, 2000.

_____
K. Michael Moore
U.S. DISTRICT COURT JUDGE

cc: Michael M. Hernandez, Esq.
   George A. Lane, Esq.