IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6118-CIV-MOORE

NELSON TORRES, on behalf of himself
and similarly situated employees

    Plaintiff,

vs.

**ORDER OF REASSIGNMENT**

RODMAR GROCERS, INC., and JORGE
RIOS,

    Defendants.
_____/

FILED by _____ D.C.

AUG 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    The above-styled case has been selected by the Clerk of the Court utilizing a blind random selection procedure established by the court to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

    Prior to executing this Order, the undersigned has reviewed the file and has either ruled upon or will rule upon all pending motions within thirty (30) days, in accordance with the policy established by the judges of the Southern District of Florida. (See Policy Manual Section 2.02.04). It is therefore

    ORDERED and ADJUDGED that the above-styled cause is hereby REASSIGNED to the calendar of the Honorable Paul C. Huck as of August 7, 2000 for all further proceedings. It is further

    ORDERED and ADJUDGED that all future pleadings hereinafter shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.

    DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of August, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies provided:
George A. Lane, Esq.
Michael M. Hernandez, Esq.

