UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself
and similarly situated employees,

            Plaintiffs,

vs.

RODMAR GROCERS, INC., a Florida
corporation, and JORGE RIOS, individually

            Defendants.
_____/



## ORDER REQUIRING JOINT STATUS REPORT

Counsel for the Plaintiff and Defendant are directed to file and serve a <u>joint</u> status report within twenty (20) days from the date of this Order reciting the following:

1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

2. A discussion of the likelihood of appearance in the action of additional parties.

3. A brief summary of facts which are uncontested or which can be stipulated to without discovery.

4. A brief summary of the legal issues, as presently known.

5. Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses.

6. A summary of any pending motions, including their status.

7. The progress of discovery in the case, and the approximate time at which the case will be ready for trial and/or final pre-trial conference.

8. The projected time necessary for trial, and a statement of whether the case is jury or non-jury trial.

9. Any unique legal or factual aspects of the case requiring special consideration by the Court, including the necessity for a pre-trial conference.



10. Any potential need for reference to a special master or magistrate judge. With regard to the potential for referring any matters to the magistrate judge, the parties shall include a statement indicating whether they will consent to the following:

(i) trial before the magistrate judgment assigned to this case; or

(ii) ruling on dispositive motions by the magistrate judge assigned to this case.

11. Status of any potential settlement.

12. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

Filing of the joint status report required by this Order shall be deemed to constitute compliance with Local Rule 16.1.B.7. Counsel are reminded that failure to comply with the requirements of this Order WILL SUBJECT the party or counsel to appropriate sanctions, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment.

This procedure is not intended to delay discovery until after the status conference. Counsel are urged to proceed with discovery as promptly as possible after commencement of the cause.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th day of August, 2000.

Paul C. Huck
United States District Judge

Copies furnished to:
George A. Lane, Esq.
Patrick G. DeBlasio, III