UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself
and similarly situated employees,

    Plaintiffs,

vs.

RODMAR GROCERS, INC., and JORGE RIOS,

    Defendants.
_____/

### NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

Please note the following change of address and telephone number for Counsel for the Plaintiff in this matter, effective immediately:

    **George A. Lane, P.A.**
    **600 N.E. Third Avenue**
    **Fort Lauderdale, Florida 33304**
    **Telephone: (954)-776-8284**
    **Fax: (954) 771-9393**

_____
George A. Lane
Florida Bar No. 7242
George A. Lane, P.A.
600 N.E. Third Avenue
Fort Lauderdale, Florida 33304
(954) 776-8284
(954) 771-9393-fax
Attorney for Plaintiffs

### Certificate of Service

I hereby certify that a copy of this Notice was served by U.S. Mail on Michael M. Hernandez, Esq., Jackson, Lewis, Schnitzler & Krupman, 200 S. Biscayne Blvd., Suite 2600, Miami, Florida 33131 this 5th day of September, 2000.

_____
George A. Lane
FL Bar No. 7242