UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6118-CIV-HUCK



NELSON TORRES, on behalf of himself
and similarly situated employees,

    Plaintiffs,

vs.

RODMAR GROCERS, INC., and JORGE RIOS,

    Defendants.
_____/

## JOINT SCHEDULING REPORT

PROPOSED TRIAL DATE:    August, 2001

ESTIMATED TIME FOR TRIAL:  3 days

CASE MANAGEMENT TRACK:  Standard

    The parties, pursuant to Local Rule 16.1 (B) (7) file their Joint Scheduling Report as follows:

### A.   SCHEDULE

    The Parties propose the following Schedule:

| Date | Event |
|---|---|
| 120 days from the Court's Order approving Joint Scheduling Report. | All non-dispositive pre-trial motions (including motions pursuant to Fed.R.Civ.Proc.14,15,18-22 and 42) shall be filed. Any motion to amend or supplement the pleadings filed pursuant to Rule 15(a) or 15(d) shall comport with Local Rule 15.1 and shall be accompanied by the proposed amended or supplemental pleading and a proposed order as required. |

13

Case No.: 00-6118-CIV-HUCK

Joint Scheduling Report

| | |
|---|---|
| 45 days from the Court's Order approving Joint Scheduling Report. | Plaintiff and Defendant shall furnish opposing counsel with written list containing the names and addresses of all expert witnesses intended to be called at trial. |
| 240 days from the Court's Order approving Joint Scheduling Report | All Discovery shall be completed. |
| 270 days from the Court's Order approving Joint Scheduling Report | All dispositive pretrial motions and memoranda of law must be filed. |
| 270 days from the Court's Order approving Joint Scheduling Report | Mediation shall be completed. |
| 300 days from the Court's Order approving Joint Scheduling Report | Pretrial Stipulation: The Joint Pretrial Stipulation pursuant to Local rule 16.1(E) shall be filed. In addition, all motions in limine shall be filed. the applicability |
| After 300 days from the Court's Order approving Joint Scheduling Report | Suggested pretrial conference. |
| August, 2001 | Suggested Trial date. |

2

Case No.: 00-6118-CIV-HUCK

Joint Scheduling Report

B. **LIKELIHOOD OF SETTLEMENT**

The parties will advise the Court of any settlement. Discussions have taken place but no resolution has been reached at this date.

C. **LIKELIHOOD OF APPEARANCE IN THE ACTION OF ADDITIONAL PARTIES**

Plaintiff expects that additional plaintiffs will join the representative action.

D. **PROPOSAL FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES INCLUDING THE ELIMINATION OF FRIVOLOUS CLAIMS OR DEFENSES**

The parties at this time have no proposals for simplification.

E. **THE NECESSITY OR DESIRABILITY OF AMENDMENTS/ PLEADINGS**

Unknown at this time.

F. **THE POSSIBILITY OF AUTHENTICATING DOCUMENTS AND ENTERING IN AGREEMENTS, ELIMINATING THE NEED FOR COURT INTERVENTION ON THE ADMISSIBILITY OF EVIDENCE**

The parties anticipate that they will be able to Stipulate to additional facts and to the authenticity of most, if not all documents after Discovery.

G. **SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND ACCUMULATIVE EVIDENCE**

The parties will meet to pre-admit evidence in a uniform manner.

H. **SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO MAGISTRATE JUDGE OR MASTER**

The parties agree on final disposition by Magistrate Judges of Motions regarding

3

Case No.: 00-6118-CIV-HUCK

Joint Scheduling Report

discovery issues. There are no other unique issue in this case, which should be referred to a special Master or Magistrate Judge.

I. **OTHER INFORMATION THE PARTIES DEEM HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE**

   1. <u>Statement of the Nature of the Claim</u>:

      The case involves an action for pay and overtime pay, as well as related liquidated damages against the defendants under the Fair Labor Standards Act.

   2. <u>Summary of Stipulated or Uncontested facts</u>:

      A.  The Court has jurisdiction.

   3. <u>Summary of pending motions, if any</u>:

      None at this time.

   4. <u>Unique legal or factual aspects of the case</u>:

      None.

4

Case No.: 00-6118-CIV-HUCK

Joint Scheduling Report

J.     **LEAD COUNSEL FOR EACH OF THE PARTIES AS PRESENTLY OF RECORD**

_____       _____
George A. Lane, Esquire                       Michael M. Hernandez, Esq.
Attorney for Plaintiffs                          Attorney for Defendants
GEORGE A. LANE, P.A.                    Jackson, Lewis, Schnitzler & Krupman
FL Bar No.: 7242                             Florida Bar No. 2267
600 N.E. Third Avenue                      200 South Biscayne Blvd., Suite 2600
Ft. Lauderdale, FL 33304                Miami, Florida 33131
Telephone: (954) 776-8284              Tel. (305) 577-7600
Facsimile: (954) 771-9393               Facsimile: (305) 373-4466

*A:\Torres Joint Status Report final draft.wpd*

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6118-CIV-HUCK

NELSON TORRES, et al.,

    Plaintiffs,

vs.

RODMAR GROCERS, INC., and JORGE RIOS,

    Defendants.
_____/

### PROPOSED JOINT SCHEDULING ORDER

This matter came on for hearing on the Joint Scheduling Report filed by the parties, and based upon the Joint Scheduling Report, it is

ORDERED and ADJUDGED as follows:

This case is assigned to the standard case management track pursuant to provisions of Rule 16.1 (A) of the Local rules of the United States District Court for the Southern District of Florida. It is further,

ORDERED and ADJUDGED that all Non-dispositive Motions directed to join additional parties and to amend the pleadings will be accomplished on or before _____; and it is further,

ORDERED and ADJUDGED that Plaintiffs shall disclose their expert witnesses on or before _____ and the Defendant(s) shall disclose their expert witnesses on or before _____ and it is further,

ORDERED and ADJUDGED that the parties shall conclude discovery of this matter on or before _____ and it is further,

ORDERED and ADJUDGED that all dispositive motions and memorandum of law shall

be filed on or before_____ with reply memorandum to follow within the rules of procedure and it is further,

ORDERED and ADJUDGED that Manual on Comple Litigation shall not be used in this matter, and it is further,

ORDERED and ADJUDGED that the case is set for Pre-Trial Conference on_____, and it is further,

ORDERED and ADJUDGED that this case is set for Trial commencing on the trial period _____ at _____ a.m/p.m., and all parties are directed to report to the Calendar Call on _____ at_____a.m./p.m.

DONE and ORDERED in Chambers this _____ day of _____,_____ at Miami Dade County, Florida.

_____

Copies furnished to:

George A. Lane, Esq.

Michael M. Hernandez, Esq.

2