UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6118-CIV-HUCK/BROWN

NELSON TORRES, on behalf of
himself and similarly situated
employees,

    Plaintiffs,
vs.

RODMAR GROCERS, INC.,
and JORGE RIOS,

    Defendants.
_____/



## ORDER RE-SETTING TRIAL AND CALENDAR CALL

Counsel for the Plaintiff(s) and the Defendant(s) are advised that the trial in the above styled cause is re-set for the two-week period beginning **Monday, August 13, 2001. Calendar Call will be August 8, 2001 at 8:30 a.m.** before the Honorable Paul C. Huck, Federal Justice Building, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. The timetable for pretrial procedures as previously ordered remains unchanged.[1]

DONE AND ORDERED in chambers, Miami, Florida this /2 day of April, 2001.

                                                      Paul C. Huck
                                                      United States District Judge

Copies furnished to:
George A. Lane, Esq.
Michael M. Hernandez, Esq.

---

[1] The discovery cut-off is intentionally set after the dispositive motion deadline so that a party opposing summary judgment may take additional discovery necessary to RESPOND to the motion. Counsel who anticipate filing dispositive motions are expected to schedule discovery so as to meet the dispositive motion deadline. No extensions of the dispositive motion deadline will be granted based on the fact that discovery is not complete, absent exceptional circumstances.