UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-HUCK

NIGHT BOX
FILED
JUN - 1 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

NELSON TORRES, on behalf of himself )
and similarly situated employees )
)
Plaintiffs, )
vs. )
)
RODMAR GROCERS, INC., )
a Florida Corporation, and JORGE RIOS, )
individually, )
)
Defendants. )
_____)

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

Plaintiff, NELSON TORRES, and Defendants, RODMAR GROCERS, INC. and JORGE RIOS, by and through their undersigned counsel, file this Joint Motion for Continuance of Trial and Pretrial Deadlines and state as follows:

1. On September 22, 2000, the Court entered a scheduling order which scheduled trial for the two week period commencing Monday, August 6, 2001; summary judgment and other dispositive motions to be filed by May 28, 2001; and all discovery to be completed by June 12, 2001.

2. Plaintiff's counsel, George Lane, Esq. has a long-standing pre-arranged vacation scheduled during the trial period. In light of this conflict, Plaintiff requests a continuance of trial.

3. In addition to Plaintiff's counsel's conflict with trial, Plaintiff's counsel cannot locate Plaintiff's whereabouts. Plaintiff's counsel's recent correspondence to Plaintiff has been returned stamped incorrect address and Plaintiff's telephone number is no longer in service. Plaintiff's counsel understands that Plaintiff has moved, but that his correct address and



CASE NO. 00-6118-CIV-HUCK

telephone number need to be obtained. Given that Plaintiff's counsel currently cannot locate or communicate with Plaintiff, the parties ask that the Court grant a continuance of the trial and pretrial deadlines in this matter so as to take Plaintiff's deposition and conclude discovery.

4. The undersigned certify that the parties are in agreement as to this request, that this motion is not made to delay these proceedings, and that it is in the interest of justice to grant an enlargement.

5. The current trial setting is the first trial set in this matter. This is the first continuance of any kind requested by the parties herein.

WHEREFORE, Plaintiff, NELSON TORRES, and Defendants, RODMAR GROCERS, INC and JORGE RIOS., respectfully request that the Court grant a continuance of the discovery deadline, the deadline for dispositive motions, and the trial date in this matter of at least sixty (60) days.

Dated this 1ST day of June 2001.

Respectfully submitted,

GEORGE A. LANE, P.A.
2929 East Commercial Blvd., Suite 700
Ft. Lauderdale, FL 33308
Telephone: (954) 776-8284
Facsimile: (954) 771-9393

By: _____
George A. Lane, Esq.
Florida Bar No. 7242

ATTORNEYS FOR PLAINTIFF

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
First Union Financial Center
200 South Biscayne Boulevard, Suite 2600
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

By: _____
Patrick G. DeBlasio, III, Esq.
Florida Bar No. 371737
deblasip@jacksonlewis.com
Michael M. Hernandez, Esq.
Florida Bar No. 2267
hernandm@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS

H:\R\RODMAR GROCERS, INC\Torres\Pleadings\Joint Motion For Continuance of Trial and Pretrial Deadlines.wpd

- 2 -