UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6118-CIV-HUCK/BROWN

NELSON TORRES, on behalf of
himself and similarly situated
employees,

    Plaintiffs,
vs.

RODMAR GROCERS, INC.,
and JORGE RIOS,

    Defendants.
_____/



## ORDER GRANTING JOINT
## MOTION FOR CONTINUANCE OF TRIAL

THIS MATTER has come before the Court upon the parties' Joint Motion for Continuance of Trial and Pretrial Deadlines, and the Court having considered the Motion and the record and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Continuance of Trial and Pretrial Deadlines is GRANTED. The trial in this matter is re-scheduled on the two-week trial calendar commencing **September 10, 2001**. Calendar Call will be held on **Wednesday, September 5, 2001 at 8:30 a.m.** The timetable for pretrial procedures as previously ordered remains unchanged.[1]

DONE AND ORDERED in chambers, Miami, Florida this 12 day of June, 2001.

Paul C. Huck
United States District Judge

Copies furnished to:
George A. Lane, Esq.
Michael M. Hernandez, Esq.

---

[1] The discovery cut-off is intentionally set after the dispositive motion deadline so that a party opposing summary judgment may take additional discovery necessary to RESPOND to the motion. Counsel who anticipate filing dispositive motions are expected to schedule discovery so as to meet the dispositive motion deadline. No extensions of the dispositive motion deadline will be granted based on the fact that discovery is not complete, absent exceptional circumstances.