UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6118-CIV-HUCK

NELSON TORRES

    Plaintiff

vs.

RODMAR GROCERS, INC,
A Florida Corporation, and
JORGE RIOS, Individually,

    Defendants.

_____/

### NOTICE OF CHANGE OF ADDRESS

Counsel for the Plaintiff hereby notifies the Court of an address change, and requests that such change be effective immediately and noted in the Courts file.

The new address is as follows:

    2929 E. Commercial Blvd.
    Suite 700
    Ft. Lauderdale, FL 33308

Telephone and fax numbers remain the same.

George A. Lane
FL Bar No. 7242
Counsel for the Plaintiff
2929 E. Commercial Blvd.,
Suite 700
Ft. Lauderdale, FL 33308
(954) 776-8284
(954) 771-9393-fax

### CERTIFICATE OF SERVICE

A Copy of the above notice was sent by US Mail this 19th day of July, 2001 to Michael M. Hernandez, Esq., Jackson Lewis Schnitzler & Krupman, First Union Financial Center, 200 South Biscayne Blvd., Suite 2600, Miami, FL 33131.

    George A. Lane, FL Bar No. 7242

SCANNED

