UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself )
and similarly situated employees,    )
                                     )
            Plaintiffs,              )
v.                                   )
                                     )
RODMAR GROCERS, INC., a Florida      )
corporation, and JORGE RIOS, individually )
                                     )
            Defendants.              )
_____)

## NOTICE OF SETTLEMENT

Defendant's, RODMAR GROCERS, INC. and JORGE RIOS, by and through their undersigned counsel, hereby notify the Court that the parties have settled this matter and, in accordance with this settlement, will be entering into a Settlement Agreement and General Release and requesting a dismissal of this matter *with prejudice*. The parties will file their Stipulation Dismissal of this matter with prejudice soon after their Settlement Agreement and General Release is executed.



DATED this 24TH day of August, 2001.

JACKSON LEWIS SCHNITZLER &
KRUPMAN
First Union Financial Center, Suite 2600
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone 305-577-7600
Facsimile 305-373-4466

By: _____
Patrick G. DeBlasio, III, Esq.
Florida Bar No. 871737
E-mail: deblasip@jacksonlewis.com
Michael M. Hernandez, Esq.
Florida Bar No. 2267
E-mail: *hernandm@jacksonlewis.com*
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. mail to GEORGE A. LANE, ESQ., George A. Lane, P.A., 2929 East Commercial Blvd., Suite 700, Ft. Lauderdale, Florida 33308, on this 24TH day of August, 2001.

_____
Michael M. Hernandez