UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself
and similarly situated employees,

        Plaintiffs,

vs.

RODMAR GROCERS, INC., a Florida
corporation, and JORGE RIOS, individually

        Defendants.
_____/



### ORDER ON NOTICE OF SETTLEMENT

THIS MATTER is before the Court upon the parties Notice of Settlement, indicating the parties have reached a settlement agreement. It is hereby

ORDERED AND ADJUDGED that

1. The parties shall file a Stipulation of Settlement, a proposed Order of Dismissal or Final Judgment, and any other pertinent documents necessary to conclude this action within fifteen (15) days of the date of this Order.

2. All pending motions are DENIED as moot.

3. This case remains on the Court's trial docket until the documents necessary to conclude this action are filed. All pertinent deadlines remain in effect. In order to be excused from calendar call, the documents necessary to conclude this action must be filed at least five (5) days before calendar call.

DONE AND ORDERED in Chambers, Miami, Florida, this 28 day of August, 2001.

                                                          Paul C. Huck
                                                          United States District Judge

Copies furnished to:
George A. Lane, Esq.
Patrick G. DeBlasio, III