UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself )
and similarly situated employees )
 )
       Plaintiffs, )
vs. )
 )
RODMAR GROCERS, INC., )
a Florida Corporation, and JORGE RIOS, )
individually, )
 )
       Defendants. )
_____ )



## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, NELSON TORRES, and Defendants, RODMAR GROCERS, INC. and JORGE RIOS, by and through their undersigned counsel, hereby stipulate that this matter is hereby dismissed *with prejudice* with each party to bear their own fees and costs, and that in accordance with the parties' settlement of this matter, will be entering into a Settlement agreement and General Release of claims.

Dated this 12th day of September 2001.

Respectfully submitted,

| | |
|---|---|
| GEORGE A. LANE, P.A. | JACKSON, LEWIS, SCHNITZLER & KRUPMAN |
| 2929 East Commercial Blvd., Suite 700 | First Union Financial Center |
| Ft. Lauderdale, FL 33308 | 200 South Biscayne Boulevard, Suite 2600 |
| Telephone: (954) 776-8284 | Miami, FL 33131 |
| Facsimile: (954) 771-9393 | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-9466 |
| By: _____ | By: _____ |
|     George A. Lane, Esq. |     Patrick G. DeBlasio, III, Esq. |
|     Florida Bar No. 7242 |     Florida Bar No. 871737 |
| |     *deblasip@jacksonlewis.com* |
| ATTORNEYS FOR PLAINTIFF |     Michael M. Hernandez, Esq. |
| |     Florida Bar No. 2267 |
| |     *hernandm@jacksonlewis.com* |
| | ATTORNEYS FOR DEFENDANTS |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself )
and similarly situated employees, )
)
       Plaintiffs, )
vs. )
)
RODMAR GROCERS, INC., )
a Florida Corporation, and JORGE RIOS, )
individually, )
)
       Defendants. )
_____)

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed this matter, and being otherwise fully advised in the premises it is hereby:

ORDERED and ADJUDGED that this matter is hereby DISMISSED with prejudice.

DONE and ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____ 2001.

                                              _____
                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
George A. Lane, Esq.
Michael M. Hernandez, Esq.