**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6118-CIV-HUCK

NELSON TORRES, on behalf of himself )
and similarly situated employees, )
 )
      Plaintiffs, )
vs. )
 )
RODMAR GROCERS, INC., )
a Florida Corporation, and JORGE RIOS, )
individually, )
 )
      Defendants. )
_____)



FILED by _CR_ D.C.

SEP 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed this matter, and being otherwise fully advised in the premises it is hereby:

ORDERED and ADJUDGED that this matter is hereby DISMISSED with prejudice. *All pending motions are denied as moot. Case is closed.*

DONE and ORDERED in Chambers in Miami-Dade County, Florida, this 14th day of September 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
George A. Lane, Esq.
Michael M. Hernandez, Esq.

